■ In the Matter of JACK HENDERSON et al., Petitioners, and NOELL CARR, Appellant, v DAVID KLASFELD, as Chairman of the New York City Loft Board, et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County (Stanley Sklar, J.), entered on April 24, 1990, unanimously affirmed, for the reasons stated by Stanley Sklar, J., without costs and without disbursements. Concur—Kupferman, J. P., Sullivan, Milonas, Ellerin and Rubin, JJ.

■ In the Matter of CONGREGATION EMANU-EL OF THE CITY OF NEW YORK et al., Respondents, v BRENDAN SEXTON et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County (Edith Miller, J.), entered on February 2, 1990, unanimously affirmed, for the reasons stated by Edith Miller, J., without costs and without disbursements. Concur— Ross, J. P., Rosenberger, Asch, Kassal and Wallach, JJ.

■ In the Matter of AMERICAN SCENIC AND HISTORIC PRESER- VATION SOCIETY, INC., Respondent. JOHN W. DRAPER et al., Appellants.—Two orders, Surrogate's Court, Westchester County (Evans Brewster, S.), entered on or about October 14, 1987 and on or about August 26, 1988, respectively, unani- mously affirmed, for the reasons stated by Evans Brewster, S., without costs and without disbursements. Motion by appel- lants to strike part of the reply brief is denied. Concur—Ross, J. P., Rosenberger, Asch, Kassal and Wallach, JJ.

■ FIRST STATE INSURANCE COMPANY, Appellant, v ARLEN DEVELOPMENT MANAGEMENT CORP., Doing Business as BAT- TERY BUILDING MAINTENANCE Co., et al., Defendants, and AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, Respon- dent.—Order, Supreme Court, New York County (C. Beau- champ Ciparick, J.), entered on or about August 10, 1990, unanimously affirmed for the reasons stated by C. Beauchamp Ciparick, J., without costs and without disbursements. Concur —Kupferman, J. P., Sullivan, Carro, Milonas and Smith, JJ.